UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 10-21464** |
| | ) | |
| **Shaheed Lateef Bowers** | ) | |
| | ) | **Chapter 7** |
| | ) | |
| | ) | |
| **Debtor** | ) | **Judge Arthur I. Harris** |

### UNITED STATES TRUSTEE STATEMENT OF PRESUMED ABUSE

The United States Trustee has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 11 U.S.C. §707(b).

        **Respectfully submitted,**

        **Daniel M. McDermott**
        **United States Trustee, Region 9**

by:    */s/ Amy L. Good*
       Amy L. Good (0055572)
       Trial Attorney
       U.S. Department of Justice
       Office of the U.S. Trustee
       201 E. Superior Avenue
       Suite 441
       Cleveland, Ohio 44114
       (216) 522-7800 ext. 236